**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Technoco Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-09946** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Fifth Third | Checking | 9884 | $500.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $500.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Debtor | **Technoco Inc.** | Case number *(If known)* **21-09946** |
|---|---|---|
| | Name | |

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office desk and chairs** | $200.00 | | $200.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Laptop** | $0.00 | | $200.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                                                         **$400.00**
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

| Debtor | **Technoco Inc.** | Case number *(If known)* **21-09946** |
|---|---|---|
| | Name | |

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Technoco Inc.** | Case number *(If known)* | **21-09946** |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $500.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $400.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $900.00   + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $900.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Technoco Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 21-09946 |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Technoco Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **21-09946**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Income tax**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$11,000.00** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**200 N. High St.**<br>**Columbus, OH 43215**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

| Debtor | Technoco Inc. | Case number (if known) | 21-09946 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**State of Illinois Department of**<br><br>**P.O. Box 19447**<br>**Springfield, IL 62794** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,157.00 | $7,157.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Income tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**3 Point Capital Group**<br>**333 Pearsall Ave, Ste. 105**<br>**Cedarhurst, NY 11516** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Active Screening**<br>**14499 N. Dale Mabry Hwy, Ste. 201**<br>**Tampa, FL 33618** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Chicago Ridge Mall**<br>**444 Chicago Ridge Mall**<br>**Chicago Ridge, IL 60415** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,300.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**First Midwest Bank**<br>**8750 West Bryn Mawr Ave.**<br>**Ste. 1300**<br>**Chicago, IL 60631** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $227,480.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**First Midwest Bank**<br>**8750 West Bryn Mawr Ave.**<br>**Ste. 1300**<br>**Chicago, IL 60631** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,700.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Technoco Inc.** | Case number (if known) | **21-09946** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Fox Valley Mall**<br>**195 Fox Valley Center Drive**<br>**Aurora, IL 60504** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,600.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Frog Funding**<br>**2799 NW Boca Raton Blvd., Ste. 213**<br>**Boca Raton, FL 33431** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$48,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Greiman, Rome & Griesmeyer, LLC**<br>**205 W. Randolph St., Ste. 2300**<br>**Chicago, IL 60606** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice only**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Ikahn Capital**<br>**160 Pearl St, 4th Fl.**<br>**New York, NY 10005** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Joliet Mall**<br>**3340 Mall Loop Dr.**<br>**Joliet, IL 60431** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Kabbage**<br>**925B Peachtree St NE**<br>**Ste. 1688**<br>**Atlanta, GA 30309** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$96,833.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Lending Point**<br>**1701 Barrett Lakes Blvd. NW**<br>**Kennesaw, GA 30144** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,648.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Technoco Inc.**                                                                      Case number (if known)   **21-09946**
         Name

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**LVNV Funding LLC**<br>**55 Beattie Place**<br>**Greenville, SC 29601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $3,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**One Main Financial**<br>**Attn: Bankruptcy**<br>**PO Box 3251**<br>**Evansville, IN 47731**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $14,715.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Orland Square Mall**<br>**288 Orland Square Drive**<br>**Orland Park, IL 60462**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $19,200.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Rapid Finance**<br>**4500 E. W. Highway, 6th Fl.**<br>**Bethesda, MD 20814**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $127,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Razor**<br>**8000 Norman Center Dr. #350**<br>**Minneapolis, MN 55437**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $8,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**River Oaks Mall**<br>**96 River Oaks Center**<br>**Calumet City, IL 60409**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $8,100.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Small Business Administration**<br>**557 W Madison St**<br>**Chicago, IL 60661**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $165,300.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |

| Debtor | **Technoco Inc.** | Case number (if known) | **21-09946** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Southlake Mall**<br>**2109 Southlake Mall**<br>**Merrillville, IN 46410** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Sunday Xu**<br>**4350 Lincoln Hwy.**<br>**Matteson, IL 60443** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,000.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**US Bank**<br>**Attn: Bankruptcy**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,666.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Velocity Capital**<br>**460 Totten Pond Rd.**<br>**Waltham, MA 02451** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **18,157.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **863,542.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **881,699.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Technoco Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-09946** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Mall Kiosk** | |
| | State the term remaining | **3 months** | **Chicago Ridge Mall**<br>**444 Chicago Ridge Mall**<br>**Chicago Ridge, IL 60415** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Mall Kiosk** | |
| | State the term remaining | **4 months** | **Fox Valley Mall**<br>**195 Fox Valley Center Drive**<br>**Aurora, IL 60504** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Mall Kiosk** | |
| | State the term remaining | **7 months** | **Joliet Mall**<br>**3340 Mall Loop Dr.**<br>**Joliet, IL 60431** |
| | List the contract number of any government contract | **Mall Kiosk** | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative** | |
| | State the term remaining | **6 months** | **Main Office Technoco Inc.**<br>**4350 Lincoln Hwy**<br>**Matteson, IL 60443** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Technoco Inc.** | | Case number (*if known*) | **21-09946** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Mall Kiosk** | |
| | State the term remaining | **6 months** | **Orland Square Mall**<br>**288 Orland Square Drive**<br>**Orland Park, IL 60462** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Mall Kiosk** | |
| | State the term remaining | **6 months** | **River Oaks Mall**<br>**96 River Oaks Center**<br>**Calumet City, IL 60409** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Mall Kiosk** | |
| | State the term remaining | **1 month** | **Southlake Mall**<br>**2109 Southlake Mall**<br>**Merrillville, IN 46410** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Technoco Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-09946** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**　　　　　　　　　　　　　　　　　　　　　　　　*Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Antoine Johnson** | **16501 Evergreen Drive**<br>**Tinley Park, IL 60477** | **3 Point Capital Group** | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.2 | **Antoine Johnson** | **16501 Evergreen Drive**<br>**Tinley Park, IL 60477** | **Active Screening** | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.3 | **Antoine Johnson** | **16501 Evergreen Drive**<br>**Tinley Park, IL 60477** | **First Midwest Bank** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.4 | **Antoine Johnson** | **16501 Evergreen Drive**<br>**Tinley Park, IL 60477** | **Fox Valley Mall** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.5 | **Antoine Johnson** | **16501 Evergreen Drive**<br>**Tinley Park, IL 60477** | **Frog Funding** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |

| Debtor | **Technoco Inc.** | Case number *(if known)* | **21-09946** |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **Ikahn Capital** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.7 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **Kabbage** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.8 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **Lending Point** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.9 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **LVNV Funding LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.10 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **One Main Financial** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.11 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **Orland Square Mall** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.12 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **Rapid Finance** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.13 | **Antoine Johnson** | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | **Razor** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Debtor **Technoco Inc.** Case number *(if known)* **21-09946**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Antoine Johnson | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | Small Business Administration | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.15 | Antoine Johnson | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | Sunday Xu | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.16 | Antoine Johnson | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | US Bank | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.17 | Antoine Johnson | 16501 Evergreen Drive<br>Tinley Park, IL 60477 | Velocity Capital | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.18 | Jeremy Lyn Johnson | 4532 S. Oakenwald Ave.<br>Chicago, IL 60653 | 3 Point Capital Group | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.19 | Jeremy Lyn Johnson | 4532 S. Oakenwald Ave.<br>Chicago, IL 60653 | Active Screening | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.20 | Jeremy Lyn Johnson | 4532 S. Oakenwald Ave.<br>Chicago, IL 60653 | First Midwest Bank | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.21 | Jeremy Lyn Johnson | 4532 S. Oakenwald Ave.<br>Chicago, IL 60653 | Fox Valley Mall | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

| Debtor | Technoco Inc. | | Case number *(if known)* | **21-09946** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **Frog Funding** | ☐ D _____ <br> ■ E/F __**3.7**__ <br> ☐ G _____ |
| 2.23 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **Ikahn Capital** | ☐ D _____ <br> ■ E/F __**3.9**__ <br> ☐ G _____ |
| 2.24 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **Kabbage** | ☐ D _____ <br> ■ E/F __**3.11**__ <br> ☐ G _____ |
| 2.25 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **Lending Point** | ☐ D _____ <br> ■ E/F __**3.12**__ <br> ☐ G _____ |
| 2.26 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **LVNV Funding LLC** | ☐ D _____ <br> ■ E/F __**3.13**__ <br> ☐ G _____ |
| 2.27 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **One Main Financial** | ☐ D _____ <br> ■ E/F __**3.14**__ <br> ☐ G _____ |
| 2.28 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **Orland Square Mall** | ☐ D _____ <br> ■ E/F __**3.15**__ <br> ☐ G _____ |
| 2.29 | **Jeremy Lyn Johnson** | 4532 S. Oakenwald Ave. Chicago, IL 60653 | **Rapid Finance** | ☐ D _____ <br> ■ E/F __**3.16**__ <br> ☐ G _____ |

| Debtor | Technoco Inc. | | Case number *(if known)* | **21-09946** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Jeremy Lyn Johnson** | **4532 S. Oakenwald Ave. Chicago, IL 60653** | **Razor** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.31 | **Jeremy Lyn Johnson** | **4532 S. Oakenwald Ave. Chicago, IL 60653** | **Small Business Administration** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.32 | **Jeremy Lyn Johnson** | **4532 S. Oakenwald Ave. Chicago, IL 60653** | **Sunday Xu** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.33 | **Jeremy Lyn Johnson** | **4532 S. Oakenwald Ave. Chicago, IL 60653** | **US Bank** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.34 | **Jeremy Lyn Johnson** | **4532 S. Oakenwald Ave. Chicago, IL 60653** | **Velocity Capital** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name: **Technoco Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **21-09946**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 8, 2021**    X _/s/ signature_
Signature of individual signing on behalf of debtor

**Jeremy Lyn Johnson**
Printed name

**50% shareholder, Officer and Director**
Position or relationship to debtor